

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BENJAMIN H. POLLAK<br>Phone: (212) 356-0843<br>Fax: (212) 356-2509<br>E-mail: bpollak@law.nyc.gov |
|---|---|---|

May 26, 2023

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

        Re: *Springs v. City of New York et al.*, Docket No. 22-1687

Dear Ms. Wolfe:

    I am currently one of three attorneys who are counsel for appellees the City of New York, Fire Commissioner Daniel A. Nigro, and Lieutenant Edward Vreeland (City appellees) in the above-referenced appeal. After today, May 26, 2023, I will no longer be employed as an Assistant Corporation Counsel for the City of New York. I therefore write to respectfully request that I be removed as counsel for the City appellees.

    Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      Benjamin H. Pollak
                                      Assistant Corporation Counsel

cc:    Kenneth McCallion, Esq.
       *Counsel for Appellant*
       (via CM/ECF)